PROB 12C-WAR
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

| | | |
|---|---|---|
| **Name:** Clinton Paul Patterson | | **Case Number:** 2:23CR00021RAJ-001 |

**Name of Judicial Officer:**  The Honorable Richard A. Jones, United States District Judge
**Date of Original Sentence:**  03/02/2022                                               **Date of Report:** 10/25/2024
**Original Offense:**  Conspiracy to Distribute 40 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl
**Original Sentence:**  30 months' imprisonment; 10 years' supervised release
**Type of Supervision:**  Supervised Release                    **Date Supervision Commenced:** 08/26/2022
                                                                                                            **Date Supervision Expires:** 08/25/2032
**Assistant United States Attorney:**  Jin Kim                **Defense Attorney:** Gregory Murphy

**Special Conditions Imposed:**

☒ Substance Abuse         ☐ Financial Disclosure        ☐ Restitution:
☒ Mental Health              ☐ Fine                                  ☐ Community Service

☒ Other: Submit to search; must not communicate, associate, or otherwise interact with any known criminal street gang members or their affiliates without permission, and must abstain from the use of illegal controlled substances.

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

I allege Clinton Paul Patterson has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using cocaine, on or before October 15, 2024, in violation of a mandatory condition of supervised release. |
| 2. | Leaving the federal judicial district without permission, on or before the following dates, in violation of a standard condition of supervised release:<br>• January 26, 2024<br>• February 23, 2024<br>• March 21, 2024<br>• October 21, 2024 |
| 3. | Committing the crime of Conspiracy to Distribute 400 Grams or More of Fentanyl in violation of 21 U.S.C. § 846, on or before October 21, 2024, in violation of a mandatory condition of supervised release. |
| 4. | Committing the crime of Distribution of 400 Grams or More of Fentanyl in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), on or before October 21, 2024, in violation of a mandatory condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

Case 2:23-cr-00092-RAJ Document 136 (Court only) Filed 10/25/24 Page 2 of 2

The Honorable Richard A. Jones, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  October 25, 2024

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☒ risk of flight.
  ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 25th day of October, 2024.

BY:

_____
Nicole Speckhals
United States Probation Officer

_____
Jennifer Van Flandern
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer
October 25, 2024
Date